

**SIGNED THIS 3rd day of January, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION AT ABINGDON

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| GARY D. HUGHES & MAYNA R. HUGHES, ) | Case No. 18-70236 |
| ) | |
| Debtors. ) | |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE RESULTING IN RESOLUTION OF CASE WITH TERMS

The matter before the Court is the motion to approve compromise filed by the United States Trustee, by counsel. Having reviewed the pleadings and heard the statements made at a hearing before the Court, the Court finds that: jurisdiction is proper; venue is proper; this is a core proceeding; all creditors were given notice of the relief requested in the motion; no party in interest objected; and, cause exists to grant the relief contained in this order. It is hereby,

ORDERED that the motion is GRANTED, and it is further

ORDERED that adversary proceeding No. 18-07021 is dismissed, and it is further

ORDERED that this case shall continue for the purpose of administering the assets of the estate and any other matters that may arise, and it is further

ORDERED that this chapter 7 case number 18-70236 shall be closed in accordance with the normal procedures of the Clerk's office after the case has been fully administered without the entry or denial of a discharge as to Mayna R. Hughes, and it is further

ORDERED that nothing in this Order shall alter Gary D. Hughes' entitlement to a discharge and the Clerk shall enter an Order granting him a discharge in accordance with its normal procedures; and it is further

ORDERED that Mayna R. Hughes shall be barred from filing a bankruptcy case pursuant to any chapter in any bankruptcy court for one year from the date of the closing of this case.

The Clerk is directed to serve copies of this order on all parties in interest shown on the mailing matrix maintained by the Clerk for this case.

\*\*END OF ORDER\*\*

| We ask for this: | Seen and Agreed to: |
|---|---|
| JOHN P. FITZGERALD, III<br>Acting United States Trustee for Region Four<br><br>By: /s/ Margaret K. Garber<br>Margaret K. Garber (VSB No. 34412)<br>Assistant United States Trustee<br>Office of the United States Trustee<br>210 First Street, Suite 505<br>Roanoke, Virginia 24011<br>540-857-2806<br>Margaret.K.Garber@usdoj.gov | By: *Robert T. Copeland by Margaret K. Garber with permission given by email on 1/3/19*<br>Robert T. Copeland (VSB #14575)<br>Copeland Law Firm, PC<br>PO Box 1296<br>Abingdon, Virginia 24212<br>276-628-9525<br>276-628-4711 (fax)<br>rtc@rcopelandlaw.com<br>Counsel for Manya R. Hughes |