**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

| In re:   Manya R. Hughes | CASE NO.   18-70236 |
|---|---|
| Joint Debtor | CHAPTER   7 |

**NOTICE: DISCHARGE NOT GRANTED**

Pursuant to Bankruptcy Rule 4006, you are hereby notified that the discharge of the above-named debtor(s) was:

☐ denied by the court pursuant to an order entered

☐ revoked by the court pursuant to an order entered            [The discharge was previously granted on           ]

☐ waived by the court pursuant to an order entered            upon a motion for waiver of the discharge by debtor(s).

√ **neither granted nor denied pursuant to an order entered 1/4/2019. Case to be closed without issuance of a discharge for join debtor Manya R. Hughes only.**

A copy of this notice shall be served by mail to the debtor(s), counsel for debtor(s), the trustee, the U. S. Trustee's Office, and all creditors and other parties in interest.

**DATED:    January 4, 2019**

**JAMES W. REYNOLDS, CLERK OF COURT**

By:        /s/Laurrie Morris
                Deputy Clerk

Nond